UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INGRID GARCIA

v.                                                       CA 11-174 ML

MICHAEL J. ASTRUE
Commissioner of the Social
Security Administration

### MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on January 17, 2012. Neither party has filed an objection and the time for doing so has passed.

This Court has reviewed the Report and Recommendation. The Court concurs in the Magistrate Judge's findings of fact and legal conclusions. Accordingly, this Court adopts the Report and Recommendation in its entirety. The Commissioner's Motion for an Order Affirming the Decision of the Commissioner is DENIED. Plaintiff's Motion to Reverse with a Remand is GRANTED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
February 6, 2012